AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Chen Xia Liu and Chen Hua Liu<br><br>*Plaintiff(s)*<br>v.<br>Hok Kwai Chau, Bo Jin Zhu, Wing Fung Chau a/k/a Andy Chau, Salena Chau, Tu Kang Yang, Mei Yang Ko, Wing Fung Home Realty Group Inc., Wing Fung Chau d/b/a Wing Fung Realty Group<br>*Defendant(s)* | Civil Action No. 20-CV- 6369 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*　Wing Fung Home Realty Group Inc.
86-22 Broadway, 2nd Floor,
Elmhurst, New York

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　Gary Rosen, Esq.
　　　　Rosen Law LLC
　　　　216 Lakeville Road
　　　　Great Neck, New York 11020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　DOUGLAS C. PALMER
　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date:  _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*