UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

Job #: 1449416

Attorney: Rosen Law LLC
Address: 216 Lakeville Road Great Neck, NY 11020

CHEN XIA LIU and CHEN HUA LIU,

Plaintiff

vs

HOK KWAI CHAU, et al.,

Defendant

Civil Action #: 1:20-cv-06369-FB-RER
Client's File No.:
Court Date:
Date Filed: 12/30/2020

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

**Ricardo Curo**, being sworn says:
Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **1/26/2021**, at **1:03 PM** at: **3237 214TH PLACE, BAYSIDE, NY 11361** Deponent served the within **Summons in a Civil Action, Complaint with Exhibit, Civil Cover Sheet and Certification of Arbitration Eligibility**
On: **WING FUNG CHAU A/K/A ANDY CHAU**, therein named.

Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Salena Chau (Daughter) a person of suitable age and discretion who stated that he/she is authorized to accept service. Said premises is recipient's :[] actual place of business / employment [X] dwelling house (usual place of abode) within the state.

☒ **#2 DESCRIPTION**
| | | | |
|---|---|---|---|
| **Sex**: Female | **Color of skin**: Asian | **Color of hair:** Black | **Glasses**: Yes |
| **Age**: 26-35 | **Height**: 5ft 0inch - 5ft 3inch | **Weight**: 100-130 Lbs. | **Other Features**: |

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☐ **#5 OTHER**

☒ **#6 MAILING**
Ricardo Curo being duly sworn, deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by First Class mail on: **01/26/2021** to **WING FUNG CHAU A/K/A ANDY CHAU** at **3237 214TH PLACE, BAYSIDE, NY 11361** in an official depository of the United States Postal Service in the State of New York.

:

Sworn to before me on 1/26/21

Adriana Bartolotta
Notary Public, State of New York
Registration No. 01BA6377720
Qualified in Nassau County
Commission Expires 07/16/2022



Ricardo Curo
DCA License # 2034227

*Court Support, Inc., 181 Hillside Avenue, Williston Park, NY 11596 License #1382542*