UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHEN XIA LIU and CHEN HUA LIU,

                Plaintiffs,              Index No.: 20-cv-6369-FB-RER

    -against-

HOK KWAI CHAU,
BO JIN ZHU,
WING FUNG CHAU, a/k/a ANDY CHAU,
SALENA CHAU,
TU KANG YANG,
MEI YANG KO,
WING FUNG HOME REALTY GROUP INC.,
WING FUNG CHAU D/B/A
WING FUNG REALTY GROUP

                Defendants.
-------------------------------------------------------------------X

## **DEFENDANT TU KANG YANG'S NOTICE OF MOTION TO DISMISS**

        Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Tu Kang Yang, through his attorneys, Huang, Chen & Wu PLLC, respectfully moves to dismiss Plaintiffs claims against him under the Racketeer Influenced and Corrupt Organizations Act ("RICO") 18 U.S.C. §§ 1962(a), (c), and (d), and for other and further relief as the Court deems just and proper. In support, Defendant Yang submits Defendant Tu Kang Yang's Memorandum of Law dated April 30, 2021, which is being filed contemporaneously with this motion and the Affidavit of Tu Kang Yang, which is being filed contemporaneously with this motion.

| | |
|---|---|
| Dated: April 30, 2021<br>Queens, New York | Respectfully submitted,<br>By: /S/ Xue Huang<br>Xue Huang, Esq.<br>Huang, Chen & Wu PLLC<br>38-08 Union St., Suite 9B<br>Flushing, New York 11354<br>Tel: (718) 886-5900<br>Fax: (718) 886-5993<br>xhuang@hcwlawgroup.com<br>*Attorneys for Defendant Tu Kang Yang* |

Cc: all appearing parties (via ECF)