UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x
CHEN XIA LIU and CHEN HUA LIU,

               Plaintiffs,

     -against-

HOK KWAI CHAU,
BO JIN ZHU,
WING FUNG CHAU, a/k/a ANDY CHAU,
SALENA CHAU,
TU KANG YANG,
MEI YANG KO,
WING FUNG HOME REALTY GROUP, INC.,
WING FUNG CHAU D/B/A
WING FUNG REALTY GROUP,

               Defendants.
-----------------------------------------------------x

Case No.: 1:20-cv-6369-FB-RER

**CONSENT TO CHANGE ATTORNEY**

IT IS HEREBY CONSENTED THAT

    KEVIN KERVENG TUNG, P.C. is substituted as attorneys of record in the above-entitled action in place and instead of HUANG, CHEN & WU, PLLC as the date hereof.

    The facsimile copy shall constitute the original document for all purpose.

Dated:  Queens, New York
           February 21, 2022

| KEVIN KERVENG TUNG, P.C. | HUANG, CHEN & WU, PLLC |
|---|---|
| Attorneys for Defendant | Attorneys for Defendant |
| Tu Kang Yang | Tu Kang Yang |
| (In Coming Attorneys) | (Outgoing Attorneys) |
| By: Kevin K. Tung, Esq. | By: Xue J. Huang, Esq. |
| Queens Crossing Business Center | 38-08 Union Street, Suite 9B |
| 136-20 38th Avenue, Suite 3D | Flushing, NY 11354 |

Flushing, NY 11354                    (718) 886-5900
(718) 939-4633

I hereby consent to the above Change of Attorneys


_____
Tu Kang Yang                Defendant
Dated: