

Attorneys at Law

| | |
|---|---|
| 216 Lakeville Road | 500 Village Square Crossing, Suite 101 |
| Great Neck, New York 11020 | Palm Beach Gardens, Florida 33410 |
| T 516.437.3400 | T 561.899.9999 |
| F 516.334.3000 | F 561.584.6434 |

Gary Rosen, Esq. (Admitted NY, FL, NJ, PA, GA)
Jared Rosen, Esq. (Admitted NY, FL, NJ)
Jaime Rosen, Esq. (Admitted NY, FL, NJ, CT)
Michael Noonan, Esq. (Admitted NY)
Joseph Noonan, Esq. (Admitted NY, IL)

July 26, 2023

**Via ECF**
Hon. Taryn A. Merkl
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza
Brooklyn, New York 11201

**RE:** Liu, et.al. v. Chau, et.al.
20-CV-6369 (FB)(RER)
United States District Court for the Eastern District of New York

Dear Judge Merkl:

We represent the Plaintiffs in the above entitled action.

Jared Rosen, Esq. will be appearing in person on behalf of Plaintiffs before Your Honor tomorrow for the status conference scheduled in this matter at 2:00 p.m.

I am currently out of the state but respectfully request permission to appear by telephone at the status conference since I have firsthand knowledge and information to share with the Court being the attorney who deposed Defendant Wing Fung Chau a/k/a Andy Chau on June 21, 2023.

Thank you very much.

Respectfully submitted,

Gary Rosen